Civil Action 11-1314(MKB)
Garrett v. Ortiz et al

Michael Garrett #58716-053
150 Park Row-MCC-5N4
New York, N.Y. 10007

July 19, 2015

Magistrate Judge Orienstein
225 Cadmen Plaza
Brooklyn, N.Y. 11225

Dear Judge Orienstein,

I am writing you to inform you that I am not satisfied with the courts ruling to take no action in light of my last letter to the court. The court should be aware that there is still a 6th Amendment violation and a conflict between client and attorney - Robert M. Parker.

I state once again that I have no knowledge of any settlement between plantiff and defendants in the civil action (Garrett v. Ortiz, et al).

I state under the penalty of perjury that I never signed any agreement to settle this case, I never signed any documents in relation to any settlement and if Robert M. Parker represents that I signed any documents in relation to any settlement then I submit to you that the signature is forged and it is not my true signature.

Robert Parker is not complying with my

wishes at this time. He has presented me with no documents in relation to any settlement whatsoever. I feel that the Court is allowing Robert Parker to steal my money, violate my rights, violate his oath as a court officer, and I have recieved no justice in any aspect from the Court.

My family and I continue to seek a meeting with Robert Parker and he continues to ignore my requests to meet and to give full disclosure of the circumstances of this settlement.

At this time I am totally dissatisfied with the Courts position ~~that~~ to take no action. I have continually asked the Court for assistance and the Court has allowed Robert Parker to keep whatever monies and relief that is truly mine. Please, keep in mind that I, the plaintiff still has no knowledge of any settlement to this date.

Because I do not know the law and I am incarcerated, I do not know what other actions to take at this point. I am being violated, robbed of my settlement by Robert H. Parker and ignored in the eyes of justice in this matter.

Yours Truly
Michael Garrett
*Michael Garrett*

Michael Garrett #58716-053
150 Park Row MCC-SHY
New York, N.Y. 10007

(Special Mail)

Magistrate Judge Orienstein/Judge Town
Federal Courthouse
Eastern District of New York
225 Cadmen Plaza
Brooklyn, N.Y. 11275

NEW YORK NY 100

1120131832